**Not for Publication in West's Federal Reporter**

# United States Court of Appeals
## For the First Circuit

No. 11-1633

DONALD L. ACEVEDO,

Plaintiff, Appellant,

v.

PATRICK R. DONAHOE, Postmaster General;
UNITED STATES POSTAL SERVICE,

Defendants, Appellees.

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

[Hon. Daniel R. Domínguez, U.S. District Judge]

Before

Lynch, Chief Judge,
Souter, Associate Justice,[*]
and Stahl, Circuit Judge.

Elaine Rodriguez-Frank for appellant.
Rosa Emilia Rodríguez-Vélez, United States Attorney,
Michael J. Elston, Chief Counsel, United States Postal Service,
and Alice L.A. Covington, Appellate Counsel, United States Postal
Service for appellees.

January 19, 2012

---

[*]    The Hon. David H. Souter, Associate Justice (Ret.) of the
Supreme Court of the United States, sitting by designation.

**Per Curiam.** For the reasons set forth in the district court's opinion and order, <u>Acevedo</u> v. <u>Potter</u>, No. 08-cv-01468 (D.P.R. Mar. 23, 2011), we summarily affirm. <u>See</u> 1st Cir. R. 27.0(c).